OWENBY v. YOUNG

No. 286PA02

Case below: 150 N.C. App. 412

Motion by plaintiff to dismiss defendant's appeal denied 19 December 2002.

PRICE v. BECK

No. 624P02

Case below: 153 N.C. App. 763

Petition by plaintiffs pro se (James E. Price, Sr., Olander Bynum and Kerry McPherson) for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

RUFFIN v. COMPASS GRP. USA

No. 348A02

Case below: 150 N.C. App. 480

Conditional motion by defendant to dismiss appeal allowed 3 December 2002.

SHARPE v. WORLAND

No. 21P02

Case below: 147 N.C. App. 782

Petition by defendant (Wesley Long Community Hospital, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002. Petition by defendant (Wesley Long Community Hospital, Inc.) for writ of supersedeas dismissed as moot and temporary stay dissolved 19 December 2002.

SIMPSON v. McCONNELL

No. 396PA02

Case below: 150 N.C. App. 713

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 19 December 2002 for limited purpose of remand to Court of Appeals for reconsideration in light of *Shaw v. Mintz.* Petition by defendant (Nationwide Mutual Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.